**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **D.A.N. JOINT VENTURE** | : | |
| | : | |
| **Plaintiff** | : | |
| **v.** | : | **CIVIL ACTION NO. 96-0250T** |
| | : | |
| **BERKOWITZ FARMS, INC. ET AL** | : | |
| | : | |
| | : | |
| **Defendant** | : | |

**<u>EX PARTE PETITION FOR ISSUANCE OF WRIT OF TRUSTEE PROCESS</u>**

Now comes Plaintiff in the above-captioned action and, pursuant to R.I. Super.R.Civ.P. 69, hereby petitions this Honorable Court for issuance of a Writ of Trustee Process appointing **<u>Bank of America</u>** of 100 Westminster Street, Providence County, as trustee of **<u>Ralph Berkowitz</u>** of **<u>73 Cucumber Hill Road, Foster, RI 02825</u>**, to attach the bank account of said **<u>Ralph Berkowitz</u>** in the hands or possession of said **<u>Bank of America</u>**, and also to attach his stock or shares in any banking association or incorporated company to the value of **<u>$326,580.34</u>**, (**<u>$326,560.34</u>**+**<u>$20.00</u>** for costs) including the principal and prejudgment interest of **<u>$147,988.07</u>**, plus 12% interest per annum, currently totaling **<u>$178,572.27</u>**, as demanded by **<u>D.A.N. Joint Venture</u>** of **<u>100 North Center Street, Newton Falls, OH 44444</u>** on **<u>January 31, 1997</u>**, in the United States District Court for the District of Rhode Island.

**GRANTED**
Ernest C Torres
Ernest C. Torres
Chief, US District Judge
ER 4/26/07

Plaintiff,
By Its Attorneys

Michael A. Marciano #6486
Kaplan & Associates, Inc.
1100 Turks Head Building
Providence, RI 02903
Telephone: 401-272-9000
Facsimile: 401-272-9020

Dated: February 20, 2007