"Federal Su" "Kaplan"

S+2.00

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

CA. 96-0250T

## The President of the United States of America

*To the Marshal of the United States for the District of Rhode Island, or his Deputy,*

*GREETING: WE COMMAND YOU to attach the goods, chattels and real estate of*

Berkowitz Farms, Inc. et. al, Ralph Berkowitz
(NAME)

73 Cucumber Hill Road, Foster, Ri 02825
(ADDRESS))

*and them in safe custody keep; and also to attach the personal estate of the said*

Ralph Berkowitz
(NAME)

*in the hands or possession of* Bank of America
(NAME)

*of* 100 Westminster Street, Providence, RI 02905
(ADDRESS)

*as the Trustee of said* Ralph Berkowitz
(NAME)

*and also attach his stock or shares in any banking association or incorporated company to the value of* Three hundred twenty six thousand five hundred eighty and 34/100 ($326,580.34) *dollars;*
(AMOUNT OF PLAINTIFF'S DEMAND FOR JUDGMENT TOGETHER WITH REASONABLE ALLOWANCE FOR INTEREST AND COSTS)

*as demanded by* D.A.N. Joint Venture
(NAME)

*of* 100 North Center Street, Newton Falls, OH 44444
(ADDRESS)

*in an Action commenced by a Complaint filed with said Court on* January 31, 1997
(DATE OF COMMENCEMENT OF THE ACTION)

*at our U.S. District Court at Providence within and for the District of Rhode Island, and make due return of this Writ with your doings thereon.*

*You are commanded to serve said party with a copy of this Writ of Attachment and of the return of service thereof (when summons and complaint are served upon said Defendant in an action in connection with which said attachment is made). **

*WITNESS, the Hon.* ........ *Judge of said Court, at Providence, this* ........ *day of* ........ *, A.D. 2* ........

Wendy Gerk
Clerk

Date: 7/13/07
Fee: $2.00
Michael DeFalco (Constable #120)

* MATTER IN BRACKETS NOT APPLICABLE WHEN THIS IS A SUBSEQUENT ATTACHMENT.

x K. Gruca KATHY GRUCA (MANAGER)

FILED
2007 JUL 20 A 10:08

# WRIT OF ATTACHMENT

## CIVIL ACTION

**File # CA.** 96-0250T

D.A.N. JOINT VENTURE

**Plaintiff(s)**

v.

BERKOWITZ FARMS, INC. ET. AL.

**Defendant(s)**

Michael A. Marciano, Esq. #6486
Attorney for Plaintiff(s)
Kaplan & Associates, Inc.
1100 Turks Head Building
Providence, RI 02903

I, Michael A. Marciano, Esq. as attorney for Plaintiff named in the within Writ, make affidavit and say that D.A.N. Joint Venture

has. a just claim against the Defendant, Berkowitz Farms, Inc. Et. Al

named in said Writ that is due, upon which it ~~he~~ expects to recover in said action a sum sufficient to give jurisdiction to the Court tow which said Writ is returnable.

[signature]

Subscribed and sworn to at 1100 Turks Head Building in the County of Providence this 11th day of July A.D. 2007

Before me,
Tracy J. Steinbach
Notary Public