*Providence, ss.* *Civil Action No.96-0250T*

---

*D.A.N. Joint Venture*

*Plaintiff(s)*

*vs.*

*Answer of the Garnishee*
*Bank of America*

*Berkowitz Farms, Inc. and Ralph Berkowitz*

*Defendant(s)*

*and*

*Bank of America*

*Trustee*

---

*Now comes, Bank of America alleged trustee in the above-entitled civil matter and states under the pains and penalties of perjury that it holds $1,507.20 in the name of Ralph A. Berkowitz and $0.00 in the name of Berkowitz Farms, Inc., on the date the Writ of Attachment was served.*

*Date: July 31, 2007*

*By* ______________________
*Sandra Allen*
*Legal Order Processing*
*5701 Horatio Street*
*Utica, NY 13502*

*State of New York,*
*Oneida, ss.*

______________________

*Subscribed and sworn to before my presence, this 31 day of July, 2007, a Notary Public in and for the State of New York.*

KATHLEEN A. ARCURI
Notary Public, State of New York
Qualified in Oneida County 01AR6006165
My Commission Expires June 1, 2010

DISTRICT COURT OF R.I.
SIXTH DIVISION
FILED
AUG 03 2007
LORRAINE A. ALFONSO
CLERK

Bank of America Higher Standards

*Bank of America*
*Legal Order Processing*
*Mail Stop: NY7-501-01-16*
*5701 Horatio Street*
*Utica, NY 13502*
*Fax (617) 310-2751*
*Phone (315) 738-5727*

*July 31, 2007*

*Clerk of The Court*
*U.S. District Court*
*2 Exchange Terrace*
*Providence, RI 02903*

*Re: D.A.N. Joint Venture*
*Vs: Berkowitz Farms, Inc. and Ralph Berkowitz*

*Dear Sir/Madam:*

*Enclosed for filing and docketing in connection with the above referenced civil matter is the trustee's answer of Bank of America.*

*Sincerely,*

Sandra Allen

*Sandra Allen*
*Legal Order Processing Department*

*cc: Michael A. Marciano, Esquire*